USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

                     Government,          :          19 CR. 745 (RMB)

        - against -                       :          **ORDER**

MITCHELL MCPHEE,                              :

                    Defendant.          :

-----------------------------------------------------------------x

The conference currently scheduled for Wednesday, January 8, 2020, at 10:00 a.m.

is hereby rescheduled to 2:30 p.m. on the same date.


Dated: New York, New York
       January 7, 2020

                                      **RICHARD M. BERMAN**
                                         U.S.D.J.