# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 9, 2020

**VIA ECF**

The Honorable Richard M. Berman    **MEMO ENDORSED**
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2020

RE:   **United States v. Mitchell McPhee**
      **19 Cr. 745 (RMB)**

Dear Judge Berman:

With apologies to the Court, I write to request a modification to the previously granted temporary bail modification. Mr. McPhee requests permission to travel to Hamden, Connecticut on Saturday, January 18, 2020, rather than Saturday, January 11. Mr. McPhee's uncle has rescheduled the date of his move to Connecticut because his other helpers are no longer available this coming weekend.

With the Court's permission, Mr. McPhee would depart from New York at 9AM on Saturday, January 18th, and return from Connecticut by 9PM the same day. We have advised both the Government and Pretrial Services of this date change.

I thank you for your consideration of this matter.

Respectfully submitted,

/s/ _____
Ian Marcus Amelkin
Assistant Federal Defender
(212) 417-8733

**SO ORDERED:**

*Richard M. Berman*
**HONORABLE RICHARD M. BERMAN**
**UNITED STATES DISTRICT JUDGE**
1/10/2020