# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*

Executive Director
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

March 11, 2020

**VIA ECF**

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2020
```

RE:   **United States v. Mitchell McPhee**
      **19 Cr. 745 (RMB)**

Dear Judge Berman:

I write with the consent of the Government to respectfully request that the Court adjourn Mr. McPhee's pretrial conference scheduled for Wednesday, March 18 until the first week of April 2020. The defense waives speedy trial time. Mr. McPhee was admitted to Harlem Hospital this week with an illness. He has been discharged but is still on the mend. Given this development, the parties agree Mr. McPhee should be given time to heal before returning to Court.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
(212) 417-8733

Conference is adjourned to 4/21/2020 at 10:30am. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 3/11/2020
Richard M. Berman
Richard M. Berman, U.S.D.J.