**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Southern District of New York
Jennifer L. Brown
Attorney-in-Charge*

May 11, 2020

**VIA ECF**

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

RE:   **United States v. Mitchell McPhee
        19 Cr. 745 (RMB)**

Dear Judge Berman:

    I write with the consent of the Government to respectfully request that the Court adjourn Mr. McPhee's pretrial conference scheduled for Thursday, May 21, 2020 for at least 30 days due to the continuing COVID-19 crisis and the need for an in-person meeting with Mr. McPhee that is not possible under current conditions. The defense waives speedy trial time.

    Thank you for your consideration of this matter.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
(212) 417-8733

---

Conference is adjourned to June 25, 2020 at 12:00 noon.
Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 5/12/2020
Richard M. Berman, U.S.D.J.