**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

June 15, 2020

**VIA ECF**

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**RE:    United States v. Mitchell McPhee
        19 Cr. 745 (RMB)**

Dear Judge Berman:

    I write with the consent of the Government to respectfully request that the Court adjourn Mr. McPhee's pretrial conference scheduled for Thursday, June 24, 2020 for at least 60 days due to the continuing COVID-19 crisis and the need for an in-person meeting with Mr. McPhee that is not possible under current conditions. Moreover, I will be going on parental leave soon so this will allow a new attorney from our office to get up to speed on this case. The defense waives speedy trial time.

    Thank you for your consideration of this matter.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
(212) 417-8733