**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                      19 CR. 745 (RMB)

   -against-

                                      **ORDER**

MITCHELL MCPHEE,
                Defendant.
------------------------------------------------------------X

      The status conference previously scheduled for Thursday, August 13, 2020 at 10:00 AM is hereby rescheduled to Monday, October 5, 2020 at 9:00 AM.


Dated: August 10, 2020
       New York, NY

                                                RICHARD M. BERMAN
                                                     U.S.D.J.