UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                             **ORDER**

        -against-                                                      19 Cr 745

MITCHELL MCPHEE,

                       Defendant.
------------------------------------------------------------X

      For the reasons stated on the record today, the Defendant is remanded.

      Defendant shall report to Pretrial Services, 500 Pearl Street, 5th Floor, New York, New York 10007 by noon on October 6, 2020.  Pretrial Services shall then escort the Defendant to the Marshal's Office, 500 Pearl Street, 4th Floor, New York, New York 10007 in order to effectuate the Defendant's remand.


Dated:  New York, New York
         October 5, 2020

                                                    _____
                                                    **RICHARD M. BERMAN, U.S.D.J.**