UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

MITCHELL MCPHEE,
                Defendant.
------------------------------------------------------------X

19 CR. 745 (RMB)

**ORDER**

      The telephone status conference previously scheduled for Tuesday, October 20, 2020 at 12:00 PM is hereby rescheduled to Wednesday, October 21, 2020 at 10:30 AM.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0745

Dated: October 15, 2020
       New York, NY

                                            RICHARD M. BERMAN
                                              U.S.D.J.