**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

MITCHELL MCPHEE,
               Defendant.
------------------------------------------------------------X

19 CR. 745 (RMB)

**ORDER**

      The Court will hold telephone status conferences on Tuesday, October 27, 2020 at 9:00 AM and on Wednesday, November 4, 2020 at 12:00 PM.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0745

Dated: October 21, 2020
       New York, NY

                              _____
                                RICHARD M. BERMAN
                                    U.S.D.J.