**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                     19 CR. 745 (RMB)

  -against-

                                                                   **ORDER**

MITCHELL MCPHEE,
                Defendant.
------------------------------------------------------------X

       The telephone status conference previously scheduled for Wednesday, November 4, 2020 at 12:00 PM is hereby rescheduled to Monday, November 2, 2020 at 9:00 AM.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0745

Dated: October 28, 2020
       New York, NY

                                                    _____
                                                          RICHARD M. BERMAN
                                                              U.S.D.J.