**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                19 CR. 745 (RMB)

   -against-

                **ORDER**

MITCHELL MCPHEE,
                Defendant.
------------------------------------------------------------X

      The telephone status conference previously scheduled for Monday, November 2, 2020 at 9:00 AM is hereby rescheduled to Monday, November 9, 2020 at 9:00 AM.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0745

Dated: October 29, 2020
       New York, NY

                          _____
                          RICHARD M. BERMAN
                          U.S.D.J.