UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

MITCHELL MCPHEE,
                Defendant.
------------------------------------------------------------X

19 CR. 745 (RMB)

**ORDER**

      The telephone status conference previously scheduled for Monday, November 23, 2020 at 9:00 AM is hereby rescheduled to Wednesday, November 25, 2020 at 9:00 AM.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0745

Dated: November 20, 2020
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.