# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 20, 2021

By ECF

Hon. Richard M. Berman
United States District Judge
Southern District of New York

**Re:  United States v. Mitchell McPhee, 19 Cr. 745 (RMB)**

Dear Judge Berman:

I write with the consent of the Government to respectfully request a 30-day adjournment of the January 25 telephone conference in this matter. The reason for this request is because Mr. McPhee has been quarantined for the past two weeks due to possible exposure to COVID-19, and has had limited ability to review discovery and communicate with counsel as a result. In addition, the Government and I are in discussions toward a possible disposition, but have not yet reached that disposition. Accordingly, there is little to report to the Court on the 25th, and an adjournment would allow more time to make progress towards a resolution.

As noted, the Government consents to this request. Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Louis A. Pellegrino, Esq. (by ECF)

Application granted. Conference adjourned to Monday, March 1, 2021 at 10:30 AM. Speedy trial time is excluded for the reasons set forth in this letter.

SO ORDERED:
Date:   1/21/21

Richard M. Berman, U.S.D.J.