UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

MITCHELL MCPHEE,
                Defendant.
------------------------------------------------------------X

19 CR. 745 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the status conference scheduled for Monday, March 1, 2021 at 10:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0745

Dated: February 25, 2021
       New York, NY

                                                  RICHARD M. BERMAN
                                                       U.S.D.J.