**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                              19 CR. 745 (RMB)

  -against-

                                                            **ORDER**

MITCHELL MCPHEE,
               Defendant.
------------------------------------------------------------X

      The status conference previously scheduled for Monday, April 5, 2021 at 10:30 AM is hereby rescheduled to 12:00 PM on the same date.

      In light of the continuing COVID-19 pandemic, the status conference is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0745

Dated: April 1, 2021
       New York, NY

                                                          *Richard M. Berman*
                                                          RICHARD M. BERMAN
                                                              U.S.D.J.