**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                  Government,

    -against-

JONATAN CORREA,
                  Defendant.
------------------------------------------------------------X

        20 CR. 18 (RMB)

        **ORDER**

    In light of the continuing COVID-19 pandemic, the sentencing proceeding scheduled for Tuesday, May 11, 2021 at 10:00 AM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

    Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-In Number: (917) 933-2166
    Conference ID: 313 539 728

Dated: May 7, 2021
       New York, NY

                                _____
                                RICHARD M. BERMAN
                                    U.S.D.J.