**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                 19 CR. 745 (RMB)
   -against-

                                                               **ORDER**
MITCHELL MCPHEE,
                Defendant.
------------------------------------------------------------X

       The status conference previously scheduled for Monday, September 13, 2021 at 12:00 PM is hereby rescheduled to Tuesday, September 14, 2021 at 9:00 AM

       In light of the continuing COVID-19 pandemic, the status conference is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0745


Dated: September 8, 2021
       New York, NY

                                                    *Richard M. Berman*
                                                    _____
                                                         RICHARD M. BERMAN
                                                               U.S.D.J.