UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                      19 CR. 745 (RMB)
   -against-

                                                      **ORDER**

MITCHELL MCPHEE,
                Defendant.
------------------------------------------------------------X

      The status conference previously scheduled for Tuesday, September 28, 2021 at 11:00 AM is hereby rescheduled to 10:30 AM on the same date.

      In light of the continuing COVID-19 pandemic, the status conference is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0745

Dated: September 23, 2021
       New York, NY

                                                _____
                                                  RICHARD M. BERMAN
                                                         U.S.D.J.