# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 2, 2021

**VIA ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/21

Re:   **United States v. Mitchell McPhee**
      19 Cr 745 (RMB)

Dear Judge Berman:

I write to respectfully request that the Federal Defenders of New York be relieved as Mr. McPhee's counsel. Unfortunately, communication has broken down to the point that Mr. McPhee requires new counsel. The Government consents to advancing the next conference in this case for the substitution of counsel. The parties are available in the morning of the 16th, 17th, and 18th for a telephonic conference.

Yours Sincerely,

Ian H. Marcus Amelkin
Assistant Federal Defender
Federal Defenders of New York
Tel: (212) 417-8733

Conference is scheduled for 11/16/21 at 10:30 am.

SO ORDERED:
Date: 11/2/21

Richard M. Berman, U.S.D.J.