UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
            Government,

          19 CR. 745 (RMB)

  -against-

**ORDER**

MITCHELL MCPHEE,
            Defendant.
-----------------------------------------------------------X

      The status conference previously scheduled for Tuesday, November 16, 2021 at 10:30 AM is hereby rescheduled to 12:00 PM on the same date.

      In light of the continuing COVID-19 pandemic, the status conference is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0745

Dated: November 10, 2021
       New York, NY

                                                  _____
                                                    RICHARD M. BERMAN
                                                        U.S.D.J.