UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                       19 CR. 745 (RMB)
  -against-

                                                     **ORDER**

MITCHELL MCPHEE,
                Defendant.
-------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the status conference scheduled for Tuesday, November 30, 2021 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0745

Dated: November 23, 2021
       New York, NY

                                              _____
                                                   RICHARD M. BERMAN
                                                          U.S.D.J.