UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                                    19 CR. 745 (RMB)
   -against-

                                                                  **ORDER**

MITCHELL MCPHEE,
               Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the status conference scheduled for Tuesday, February 15, 2022 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0745

Dated: February 9. 2022
       New York, NY

                                                                _____
                                                                  RICHARD M. BERMAN
                                                                       U.S.D.J.