UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                                Government,

              -against-

MITCHELL MCPHEE,
Reg. No. 87204-054,
                              Defendant.
------------------------------------------------------------X

19 CR 745 (RMB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/22

       The Court has scheduled an in person conference in the above captioned case on March 8, 2022, at 2:00 pm.

       For a period of six months and five court dates, Defendant has refused to appear even for remote (virtual) conferences. In the hopefully unlikely event that Defendant refuses to voluntarily attend the March 8, 2022 conference in person, and/or to otherwise fail to comply with the rules or procedures of the United States Marshals Service or the Bureau of Prisons with regard to his transport from the Metropolitan Detention Center in Brooklyn ("MDC") to 500 Pearl Street, New York, New York, the Marshals Service and the Bureau of Prisons may use such force as is reasonably necessary to transfer the Defendant to Court and to and from MDC in a safe manner.

       The U.S. Marshals shall arrange for Defendant to meet with his counsel at or around noon, on the Fourth Floor, 500 Pearl Street, New York, New York, prior to the 2:00 pm conference with the Court.

       Prior to the March 8, 2022 conference, the Bureau of Prisons Psychology Services Unit is directed to (i) meet with the Defendant in order to ascertain why he has refused to attend Court or meet with his counsel since at least September 21, 2021; and (ii) report to the Court no later than March 3, 2022.

Dated: New York, New York
       February 15, 2022

                                                                 /s/ RMB
                                                      **Hon. Richard M. Berman, U.S.D.J.**