**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
            Government,

                                                    19 CR. 745 (RMB)

   -against-

                                                  **ORDER**

MITCHELL MCPHEE,
            Defendant.
------------------------------------------------------------X

      The status conference previously scheduled for Tuesday, February 15, 2022 at 12:00 PM is hereby adjourned to Tuesday, March 8, 2022 at 2:00 PM.

      The proceeding will take place in Courtroom 17B.

Dated: March 2. 2022
       New York, NY

                                                _____
                                                   RICHARD M. BERMAN
                                                        U.S.D.J.