**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

 -against-

MITCHELL MCPHEE,
     Defendant.
------------------------------------------------------------X

19 CR. 745 (RMB)

**ORDER**

 The proceeding scheduled for Wednesday, April 6, 2022 at 11:00 AM will take place in Courtroom 17B.

Dated: March 30. 2022
   New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.