**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                          19 CR. 745 (RMB)
   -against-

                                                                                         **ORDER**

MITCHELL MCPHEE,
                Defendant.
------------------------------------------------------------X

       The proceeding scheduled for Tuesday, May 3, 2022 at 12:00 PM will take place in Courtroom 17B.

Dated: April 27. 2022
       New York, NY

                                                                                   _____
                                                                                     RICHARD M. BERMAN
                                                                                          U.S.D.J.