**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                           Government,                          19 CR 745 (RMB)

       -against-                                    **ORDER**

MITCHELL MCPHEE,
Reg. No. 87204-054,

                              Defendant.
-------------------------------------------------------------X

      At the request of the Defendant, who is appearing pro se, and with the consent of the

Government and stand-by counsel, the Court hereby orders the Bureau of Prisons to allow

Mitchell McPhee (Defendant) access to the law library or other facility to conduct legal research

for a reasonable amount of time.  Mr. McPhee is appearing pro se in this matter (with the

assistance of stand-by counsel).

      Trial in this matter is scheduled for October 24, 2022.

Dated: New York, New York
      August 9, 2022

                                        _____
                                        **Hon. Richard M. Berman, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/22