UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              Government,                        19 CR 745 (RMB)

           -against-                                  **ORDER**

MITCHELL MCPHEE,
Reg. No. 87204-054,

                              Defendant.
-----------------------------------------------------------------X

       The Court will hold a status conference (in lieu of a final pretrial conference) in this matter on October 18, 2022 at 9:30 am.

       The Court has been advised that Mitchell McPhee, who is appearing pro se, has not yet had access to the law library, and as a result, has had insufficient time to prepare for trial.

       The Court reiterates its request to the Bureau of Prisons (as initially set forth in an Order dated August 9, 2022), that Mr. McPhee be permitted access to the law library or other facility to conduct legal research for a reasonable amount of time.

       Trial in this matter will not commence on October 24, 2022.

Dated: New York, New York
       September 27, 2022

*Richard M. Berman*

Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/22