**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
    Government,

                 19 CR. 745 (RMB)

 -against-

                 **ORDER**

MITCHELL MCPHEE,
    Defendant.
------------------------------------------------------------X

   The status conference previously scheduled for Tuesday, October 18, 2022 at 9:30 AM is hereby rescheduled to Thursday, November 10, 2022 at 11:00 AM. The conference will be held in Courtroom 17B.

Dated: October 17, 2022
    New York, NY

                   _____
                     RICHARD M. BERMAN
                        U.S.D.J.