**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 5, 2022

**BY ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/22

Re: *United States v. Mitchell McPhee*, 19 Cr. 745 (RMB)

Dear Judge Berman,

The Government writes to respectfully request a brief adjournment of the upcoming status conference, currently scheduled for Thursday, November 10, 2022, at 11:00 a.m. The Government conferred with standby counsel, Ms. Masella, who consents to this request. Accordingly, the Government respectfully requests that the November 10, 2022 status conference be adjourned to a date approximately 10 to 14 days from now that is convenient to the Court.

Should the Court grant this request, the Government further requests that time be excluded under the Speedy Trial Act from November 10, 2022 until the date of the next-scheduled conference. The Government respectfully submits that the proposed exclusion would be in the interest of justice as it would allow standby counsel additional time to discuss the pending plea offer with the defendant. Standby counsel does not object to this request.

Thank you for your consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: ___ /s/ Camille L. Fletcher _____
Louis A. Pellegrino
Camille L. Fletcher
Assistant United States Attorney
(212) 637-2617/2383

*Conference is adjourned to 11/29/22 at 11:00 am. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.*

SO ORDERED:
Date: 11/9/22

*Richard M. Berman*
Richard M. Berman, U.S.D.J.