**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                        19 CR. 745 (RMB)
  -against-

                        **ORDER**

MITCHELL MCPHEE,
                Defendant.
------------------------------------------------------------X

      The final pretrial conference scheduled for Tuesday, November 29, 2022 at 11:00 AM will take place in Courtroom 17B.

Dated: November 15. 2022
       New York, NY

                                    RICHARD M. BERMAN
                                         U.S.D.J.