**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                  19 CR. 745 (RMB)
   -against-

                                                  **AMENDED ORDER**

MITCHELL MCPHEE,
                Defendant.
------------------------------------------------------------X

       The final pretrial conference scheduled for Tuesday, November 29, 2022 at 11:00 AM is hereby rescheduled for 12:00 P.M. on the same date.

       The proceeding will take place in Courtroom 17B.


Dated: November 16. 2022
       New York, NY

                                                              _____
                                                              RICHARD M. BERMAN
                                                                   U.S.D.J.