**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
    Government,

                   19 CR. 745 (RMB)

 -against-

                   **ORDER**

MITCHELL MCPHEE,
    Defendant.
------------------------------------------------------------X

   The status conference that was scheduled for Tuesday, November 29, 2022 at 12:00 P.M. has been rescheduled to Tuesday, December 13, 2022 at 10:00 A.M.

   The proceeding will take place in Courtroom 17B.


Dated: December 7. 2022
   New York, NY

                       *Richard M. Berman*
                    _____
                     RICHARD M. BERMAN
                       U.S.D.J.