**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                          19 CR. 745 (RMB)
    -against-

                                                            **ORDER**
MITCHELL MCPHEE,
                Defendant.
------------------------------------------------------------X

      The status conference that was scheduled for Wednesday, January 18, 2023 at 1:00 P.M. has been rescheduled to Wednesday, January 25, 2023 at 11:00 A.M.

      The proceeding will take place in Courtroom 17B.

Dated: January 17, 2023
       New York, NY

                                                   _____
                                                   RICHARD M. BERMAN
                                                       U.S.D.J.