**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                Government,        :        19 CR. 745 (RMB)
                                            :
       - against -                         :        **ORDER**
                                            :
MITCHELL MCPHEE,                            :
                Defendant.         :
------------------------------------------------------------x

      The status conference is scheduled for Tuesday, February 14, 2023 at 9:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 828-76666
      Conference ID: 1601079548#

Dated: February 8, 2023
       New York, NY

                                              *Richard M. Berman*
                                  **RICHARD M. BERMAN**
                                       **U.S.D.J.**