**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                                          :
                        Government,          :          19 CR. 745 (RMB)
                                                                          :
        - against -                            :          **ORDER**
                                                                          :
MITCHELL MCPHEE,                                       :
                        Defendant.              :
---------------------------------------------------------------x

The status conference previously scheduled for Tuesday, March 7, 2023 at 11:00 A.M. is hereby rescheduled to Tuesday, April 4, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 828-7666
    Conference ID: 1601079578#

Dated: February 23, 2023
       New York, NY

                                            _____
                                            **RICHARD M. BERMAN**
                                                    **U.S.D.J.**