UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 19 CR. 745 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| MITCHELL MCPHEE, | : | |
| Defendant. | : | |

---------------------------------------------------------------x

The pretrial conference is scheduled for Tuesday, April 4, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 828-7666
    Conference ID: 1601079548#

Dated: March 29, 2023
       New York, NY

*Richard M. Berman*
_____
**RICHARD M. BERMAN**
**U.S.D.J.**