

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 31, 2023

**BY ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Mitchell McPhee,* **19 Cr. 745 (RMB)**

Dear Judge Berman,

    The Government writes to respectfully request a brief adjournment of the upcoming status conference, currently scheduled for Tuesday, April 4, 2023, at 11:00 a.m. The Government conferred with standby counsel, Ms. Masella, who consents to this request. Accordingly, the Government respectfully requests that the April 4, 2023 status conference be adjourned to a date approximately 14 to 30 days from now that is convenient to the Court.

    Should the Court grant this request, the Government further requests that time be excluded under the Speedy Trial Act from April 4, 2023 until the date of the next-scheduled conference. The Government respectfully submits that the proposed exclusion would be in the interest of justice as it would allow the standby counsel additional time to discuss the a forthcoming plea offer with the defendant.

    Thank you for your consideration of this request.

                                Respectfully submitted,

                                DAMIAN WILLIAMS
                                United States Attorney

by:   */s/ Camille L. Fletcher*
      Louis A. Pellegrino
      Camille L. Fletcher
      Assistant United States Attorney
      (212) 637-2617/2383

---

Application Granted.
Conference is adjourned to 5/2/23 at 9:00A.M. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 3/31/23
Richard M. Berman, U.S.D.J.