UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                :
                Government,    :      19 CR. 745 (RMB)
                                                :
     - against -                              :      **ORDER**
                                                :
MITCHELL MCPHEE,                                :
                Defendant.     :
---------------------------------------------------------------x


The pretrial conference is scheduled for Tuesday, May 2, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 828-7666
    Conference ID: 1601079548#


Dated: April 26, 2023
       New York, NY

                                                */s/ Richard M. Berman*
                                                **RICHARD M. BERMAN**
                                                         U.S.D.J.