

**DLA PIPER**

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jessica Ann Masella
jessica.masella@dlapiper.com
T  212.335.4829

May 17, 2023

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/17/23
```

Re:    *United States v. McPhee*, 19 CR 745 (RMB)

Dear Judge Berman,

       We are standby counsel for the defendant, Mitchell McPhee, in the above-referenced matter. We are writing to respectfully request a brief adjournment of the status conference scheduled for Thursday, May 18, 2023. The parties have been in the process of conducting discussions about a potential disposition of this matter, and they believe that they have made substantial progress toward a disposition. However, additional time is needed to continue those discussions. Accordingly, we are requesting that the conference be adjourned until a date in late May or early June. We are available on May 31, June 1, June 6, or June 8, 2023, for a conference. The government consents to the requested adjournment and we do not object to an exclusion of time under the Speedy Trial Act until the next conference. Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Jessica A. Masella*
Jessica A. Masella
John M. Hillebrecht
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020

cc:    All counsel of Record via ECF

Conference is adjourned to June 6, 2023 at 9:00am. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 5/17/23     *Richard M. Berman*
Richard M. Berman, U.S.D.J.