**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                 :
                    Government,          :          19 CR. 745 (RMB)
                                 :
        - against -                            :          **ORDER**
                                 :
MITCHELL MCPHEE,                                   :
                   Defendant.          :
------------------------------------------------------------------x

      The pretrial conference is scheduled for Tuesday, June 6, 2023 at 9:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 828-7666
      Conference ID: 16089826134#

Dated: May 31, 2023
      New York, NY

                                   *Richard M. Berman*
                                **RICHARD M. BERMAN**
                                    **U.S.D.J.**