**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

UNITED STATES OF AMERICA,          :

         :

       Government,     :     19 CR. 745 (RMB)

         :

    - against -         :     **ORDER**

         :

MITCHELL MCPHEE,         :

         :

       Defendant.     :

-------------------------------------------------------------x

       The sentencing previously scheduled for Monday, September 18, 2023 at 9:00 A.M. is hereby rescheduled to Thursday, September 21, 2023 at 9:00 A.M.

       The proceeding will be held in Courtroom 17B.

Dated: August 23, 2023
     New York, NY

_Richard M. Berman_
_____
     RICHARD M. BERMAN
       U.S.D.J.