UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                  **ORDER**

       -against-                                     S1 19 **CR.** 745 (RMB)

MITCHELL MCPHEE,

                       Defendant.
------------------------------------------------------------X

        For the reasons stated on the record today, the Defendant is sentenced to time served.

Dated: New York, New York
         September 21, 2023

                                                     *RMB*
                                    **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/23