**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 19 CR. 745 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| MITCHELL MCPHEE, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, October 17, 2023 at 12:00 P.M. will take place in Courtroom 17B.

Dated: October 11, 2023
      New York, NY

                                          RICHARD M. BERMAN
                                                 U.S.D.J.