**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,       :       19 CR. 745 (RMB)
                                         :
  - against -                            :       **ORDER**
                                         :
MITCHELL MCPHEE,                         :
                                         :
                Defendant.        :
------------------------------------------------------------x

The supervised release hearing previously scheduled for Tuesday, October 17, 2023 at 12:00 P.M. is hereby rescheduled to Tuesday, October 31, 2023 at 10:00 A.M. The proceeding will be held in Courtroom 17B.

Dated: October 17, 2023
       New York, NY

                                                     _____
                                                       RICHARD M. BERMAN
                                                          U.S.D.J.