UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,        :        19 CR. 745 (RMB)
                                           :
   - against -                             :        **ORDER**
                                           :
MITCHELL MCPHEE,                           :
                Defendant.         :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, October 31, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 944 417 280#

Dated: October 30, 2023
       New York, NY

                                              _____
                                                **RICHARD M. BERMAN**
                                                       **U.S.D.J.**