**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                :
                              Government,        :          19 CR. 745 (RMB)
                                                :
                - against -                     :          **ORDER**
                                                :
MITCHELL MCPHEE,                                 :
                              Defendant.         :
-------------------------------------------------------------x


        The supervised release hearing is scheduled for Wednesday, December 20, 2023 at

11:00 A.M.

        In the absence of defense objection, the proceeding will be held by video.

        Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:

        Dial-in Number: (646) 453-4442
        Conference ID: 552 468 424#


Dated: December 13, 2023
        New York, NY

                                                    _Richard M. Berman_
                                                    _____
                                                    **RICHARD M. BERMAN**
                                                    **U.S.D.J.**