**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                           :
                       Government,        :     19 CR. 745 (RMB)
                                                                           :
        - against -                           :     **ORDER**
                                                                           :
MITCHELL MCPHEE,                                 :
                       Defendant.            :
------------------------------------------------------------x

       The supervised release hearing is scheduled for Wednesday, January 24, 2024 at 11:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 620 688 817#

Dated: January 17, 2024
       New York, NY

                                                              **RICHARD M. BERMAN**
                                                                       **U.S.D.J.**