UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                                                        :
                      Government,          :        19 CR. 745 (RMB)
                                                                        :
        - against -                    :        **ORDER**
                                                                        :
MITCHELL MCPHEE,                                 :
                      Defendant.           :
-----------------------------------------------------------------x

      The supervised release hearing is scheduled for Tuesday, March 12, 2024 at 9:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 396 677 108#

Dated: March 7, 2024
        New York, NY

                                                                          _/s/ Richard M. Berman_
                                                        **RICHARD M. BERMAN**
                                                                **U.S.D.J.**