UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                         Government,     :      19 CR. 745 (RMB)
                                         :
        - against -                    :      **ORDER**
                                         :
MITCHELL MCPHEE,                         :
                         Defendant.      :
-----------------------------------------------------------------x

       The supervised release hearing previously scheduled for Tuesday, March 12, 2024 at 9:00 A.M. is hereby rescheduled to Tuesday, April 9, 2024 at 9:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 396 677 108#

Dated: March 12, 2024
       New York, NY

                                                *Richard M. Berman*
                                     **RICHARD M. BERMAN**
                                            U.S.D.J.