**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                   Government,        19 CR. 745 (RMB)

    - against -                      **ORDER**

MITCHELL MCPHEE,

                   Defendant.
------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, May 20, 2024 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 403 308 118#

Dated: May 15, 2024
       New York, NY

                                          **RICHARD M. BERMAN**
                                              **U.S.D.J.**