**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

UNITED STATES OF AMERICA,         :

                             :

               Government,     :        19 CR. 745 (RMB)

                             :

        - against -         :       **ORDER**

                             :

MITCHELL MCPHEE,           :

                             :

             Defendant.      :

----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, July 25, 2024 at

11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 779 279 351#

Dated: July 17, 2024
    New York, NY

                             *Richard M. Berman*

                             **RICHARD M. BERMAN**
                                **U.S.D.J.**