UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                              Government,          :     19 CR. 745 (RMB)
                                                   :
               - against -                         :     **ORDER**
                                                   :
MITCHELL MCPHEE,                                   :
                                                   :
                              Defendant.           :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, September 16, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 767 188 096#

Dated: September 10, 2024
       New York, NY

*Richard M. Berman*
_____
RICHARD M. BERMAN
U.S.D.J.